UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/5/10
```

MARTIN KEANE, *et al.*,

                     Plaintiffs,

-v-

ZITOMER PHARMACY, INC.,

                     Defendant.

No. 06 Civ. 5981 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties ARE HEREBY ORDERED to appear for a status conference on April 26, 2010, at 10:00 a.m. If Plaintiffs wish to file a reply memorandum in further support of their motion for attorneys' fees, they shall do so not later than April 12, 2010.

SO ORDERED.

DATED:    New York, New York
                April 5, 2010

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE